Hans W. Herb, Esq. (SBN 136018)
LAW OFFICES OF HANS W. HERB
P. O. Box 970
Santa Rosa, CA  95402-0970
Phone: (707)576-0757
Fax:   (707) 575-0364
Email:  hans@tankman.com

Attorney for Defendant
M & M SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,  and PETALUMA RIVER COUNCIL, an unincorporated association,<br><br>Plaintiffs,<br><br>vs.<br><br>M & M SERVICES, INC., a corporation,<br><br>Defendant. | Case No.: C11-02949<br><br>STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT CONFERENCE |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties, that subject to the Court's approval, the Initial Case Management Conference scheduled for December 15, 2011, at 10:30 a.m. be continued to March 29, 2012, at 10:30 a.m. and all related dates be reset accordingly.  The parties are participating in court-sponsored mediation and are negotiating terms of a settlement.  Any such settlement would need to be submitted for a 45-day review period to the Environmental Protection Agency and Department of Justice pursuant to 40 C.F.R. § 135.5.  The parties anticipate resolving the matter at mediation.

**SO STIPULATED.**

Dated:  December 7, 2011                                  LAW OFFICES OF HANS W. HERB

/S/
_____
Hans W. Herb
Attorney for Defendants,
M&M Services, Inc.


Dated:  December 7, 2011                                  LOZEAU DRURY LLP

/S/
_____
Douglas J. Chermak
Attorney for Plaintiff, California
Sportfishing Protection Alliance

* * *

~~[PROPOSED]~~ ORDER

This Court, having read and considered the Stipulation set forth above, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Case Management Conference is continued to March 29, 2012, at 10:30 a.m.  All related dates are reset accordingly.

DATED:

_____
LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE