**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**March 23, 2012**

**CASE NUMBER: CV 11-02949 LB**
**CASE TITLE: CALIFORNIA SPORTFISHING PROTECTION ALLIANCE-v-M & M SERVICES, INC.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Thelton E. Henderson** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **TEH** immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 3/23/12

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies
Log Book Noted

Special Projects
Entered in Computer 3/23/12 ha

CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel

Transferor CSA