ROGERS JOSEPH O'DONNELL
Robert C. Goodman (State Bar No. 111554)
rgoodman@rjo.com
D. Kevin Shipp (State Bar No. 245947)
dshipp@rjo.com
311 California Street
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:  415.956.6457

Attorneys for Defendant
SHILOH ROAD, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>M & M SERVICES, INC., et al.,<br><br>Defendants. | Case No. C 11-02949 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>First Amended Complaint Filed:  December 6, 2011<br><br>Honorable Thelton E. Henderson |

IT IS HEREBY STIPULATED pursuant to Local Rule 6-1(b) and Rule 6-2(a),

by the parties to this action, by and through their undersigned counsel, as follows:

      1.     Pursuant to the Clerk's Notice dated March 29, 2012, a case

management conference ("CMC") is scheduled for April 23, 2012 in this matter.

      2.     Counsel for Defendant Shiloh Road, LLC is not available on April 23,

2012.

      3.     The parties will participate in a mediation session with Steven

Weissman on April 26, 2012.

      4.     Defendant Shiloh Road, LLC's response to the First Amended

Complaint is due May 14, 2012.

      5.     The parties have met and conferred and agree to request a

Page 1

1    continuance of the CMC to a date after the mediation session has been completed and after

2    Shiloh Road, LLC's response to the complaint is due.

3              6.        The parties hereby agree that the case management conference currently

4    set for April 23, 2012 shall be continued to June 4, 2012, or such other date after May 14,

5    2012 as ordered by the Court.

6              7.        Any and all deadlines related to the case management conference shall

7    be similarly continued.

8    Dated:  April 3, 2012                    **LOZEAU DRURY LLP**

9                                             By:    */s/ Douglas J. Chermak*
10                                                   DOUGLAS J. CHERMAK
                                                     Attorneys for Plaintiffs California
11                                                   Sportfishing Protection Alliance and
                                                     Petaluma River Council
12                                           .
     Dated:  April 3, 2012                   **ROGERS JOSEPH O'DONNELL**
13

14
                                             By:    */s/ Robert C. Goodman*
15                                                  ROBERT C. GOODMAN
16
                                                    Attorneys for Defendant
17                                                  SHILOH ROAD, LLC

     Dated:  April 3, 2012                   **LAW OFFICES OF HANS W. HERB**
18

19                                           By:    */s/ Hans W. Herb*
                                                    HANS W. HERB
20                                                  Attorney for Defendant M & M Services,
                                                    Inc.
21

22
     I attest that concurrence in the filing of this document has been obtained from Douglas
23
     Chermak for Plaintiff and Hans Herb for Defendant M & M Services, Inc.
24

25                                           By:    */s/ Robert C. Goodman*
                                                    ROBERT C. GOODMAN
26                                                  Attorneys for Defendant
                                                    SHILOH ROAD, LLC
27

28

                                                                                    Page 2

Stipulation and [Proposed] Order to Continue Case Management Conference
CASE NO: C 11-02949 TEH

315541.1

1

## ORDER

The case management conference is hereby continued to June 4, 2012, at 1:30 p.m.

2

Any and all case management deadlines shall be calculated based on this new date.

3

## PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5

DATED: ___04/04/2012_____    By _____

6

JUDGE THELTON E. HENDERSON

7

UNITED STATES DISTRICT JUDGE

8

Judge Thelton E. Henderson

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Page 3

Stipulation and [Proposed] Order to Continue Case Management Conference
CASE NO: C 11-02949 TEH

315541.1