1

ROGERS JOSEPH O'DONNELL
Robert C. Goodman (State Bar No. 111554)

2

rgoodman@rjo.com
D. Kevin Shipp (State Bar No. 245947)

3

dshipp@rjo.com
311 California Street

4

San Francisco, California 94104
Telephone:  415.956.2828

5

Facsimile:  415.956.6457

6

Attorneys for Defendant

7

SHILOH ROAD, LLC

8

9

UNITED STATES DISTRICT COURT

10

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12

CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE, et al.,

Case No. C 11-02949 TEH

13

Plaintiffs,

**STIPULATION AND [PROPOSED]
ORDER TO CONTINUE CASE
MANAGEMENT CONFERENCE**

14

vs.

15

M & M SERVICES, INC., et al.,

First Amended Complaint Filed:  December
6, 2011

16

Defendants.

Honorable Thelton E. Henderson

17

18

IT IS HEREBY STIPULATED pursuant to Local Rule 6-1(b) and Rule 6-2(a),

19

by the parties to this action, by and through their undersigned counsel, as follows:

20

1.     Pursuant to the Clerk's Notice dated March 29, 2012, a case

21

management conference ("CMC") is scheduled for April 23, 2012 in this matter.

22

2.     Counsel for Defendant Shiloh Road, LLC is not available on April 23,

23

2012.

24

3.     The parties will participate in a mediation session with Steven

25

Weissman on April 26, 2012.

26

4.     Defendant Shiloh Road, LLC's response to the First Amended

27

Complaint is due May 14, 2012.

28

5.     The parties have met and conferred and agree to request a

continuance of the CMC to a date after the mediation session has been completed and after Shiloh Road, LLC's response to the complaint is due.

6. The parties hereby agree that the case management conference currently set for April 23, 2012 shall be continued to June 4, 2012, or such other date after May 14, 2012 as ordered by the Court.

7. Any and all deadlines related to the case management conference shall be similarly continued.

Dated:  April 3, 2012                    **LOZEAU DRURY LLP**

                                         By:   _/s/ Douglas J. Chermak_____
                                              DOUGLAS J. CHERMAK
                                              Attorneys for Plaintiffs California
                                              Sportfishing Protection Alliance and
                                              Petaluma River Council
                                              .
Dated:  April 3, 2012                    **ROGERS JOSEPH O'DONNELL**


                                         By:   _/s/ Robert C. Goodman_____
                                              ROBERT C. GOODMAN

                                              Attorneys for Defendant
                                              SHILOH ROAD, LLC

Dated:  April 3, 2012                    **LAW OFFICES OF HANS W. HERB**

                                         By:  _/s/ Hans W. Herb_____
                                              HANS W. HERB
                                              Attorney for Defendant M & M Services,
                                              Inc.


I attest that concurrence in the filing of this document has been obtained from Douglas Chermak for Plaintiff and Hans Herb for Defendant M & M Services, Inc.


                                         By:   _/s/ Robert C. Goodman_____
                                              ROBERT C. GOODMAN
                                              Attorneys for Defendant
                                              SHILOH ROAD, LLC

## <u>ORDER</u>

The case management conference is hereby continued to June 4, 2012, at 1:30 p.m.

Any and all case management deadlines shall be calculated based on this new date.

### **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:   04/04/2012                    By _____



JUDGE THELTON E. HENDERSON

DISTRICT JUDGE

Judge Thelton E. Henderson

Stipulation and [Proposed] Order to Continue Case Management Conference
CASE NO: C 11-02949 TEH

315541.1