ROGERS JOSEPH O'DONNELL
Robert C. Goodman (State Bar No. 111554)
rgoodman@rjo.com
D. Kevin Shipp (State Bar No. 245947)
kshipp@rjo.com
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Defendant
SHILOH ROAD, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>M & M SERVICES, INC., et al.,<br><br>Defendants. | Case No. C 11-02949 TEH<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH DEFENDANT SHILOH ROAD, LLC IS TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>First Amended Complaint Filed: December 6, 2011<br><br>Honorable Thelton E. Henderson |

IT IS HEREBY STIPULATED pursuant to Local Rule 6-1(a), by Plaintiffs and Defendant Shiloh Road, LLC, by and through their undersigned counsel, as follows:

WHEREAS at the April 26, 2012 mediation session with Steven Weissman the parties reached a tentative agreement to settle the action.

WHEREAS the parties are in the process of addressing one remaining technical issue and drafting a formal settlement agreement.

WHEREAS, upon its finalization and execution, the agreement between Plaintiffs and Defendant M & M Services, Inc. will be submitted to the United States Environmental Protection Agency and United States Department of Justice for consideration by those agencies during a forty-five (45) day review period.

Page 1

Stipulation to Extend Time Within Which Defendant Shiloh Road, LLC is to Respond to First Amended Complaint
CASE NO: C 11-02949 TEH

316991.4

WHEREAS Defendant Shiloh Road, LLC's response to the First Amended Complaint is currently due May 14, 2012, and the parties wish to avoid the expense of responding to the First Amended Complaint in light of the likely settlement.

WHEREAS Plaintiffs and Shiloh Road, LLC have agreed that Shiloh Road, LLC may have an additional ninety (90) days to respond to the First Amended Complaint.

WHEREAS the stipulation to extend the time within which Shiloh, LLC is to answer or otherwise respond to the First Amended Complaint will not alter the date of any event or any deadline already fixed by Court order.

NOW THEREFORE, Plaintiffs and Shiloh Road, LLC, by and through their undersigned counsel, hereby stipulate and agree that, the time within which Shiloh Road, LLC is to answer or otherwise respond to Plaintiffs' First Amended Complaint is extended to and including August 14, 2012.

Dated:  May 3, 2012         **LOZEAU DRURY LLP**

By:   */s/ Michael R. Lozeau*
       MICHAEL R. LOZEAU
       Attorneys for Plaintiffs California
       Sportfishing Protection Alliance and
       Petaluma River Council

Dated:  May 3, 2012         **ROGERS JOSEPH O'DONNELL**

By:   */s/ Robert C. Goodman*
       ROBERT C. GOODMAN

       Attorneys for Defendant
       SHILOH ROAD, LLC

I attest that concurrence in the filing of this document has been obtained from Michael Lozeau for Plaintiffs.

[STAMP: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — 05/04/2012 — IT IS SO ORDERED — Judge Thelton E. Henderson]

By:   */s/ Robert C. Goodman*
       ROBERT C. GOODMAN
       Attorneys for Defendant
       SHILOH ROAD, LLC