Michael R. Lozeau (State Bar No. 142893)
Richard T. Drury (State Bar No. 163559)
Douglas J. Chermak (State Bar No. 233382)
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel:  (510) 836-4200
Fax: (510) 836-4205 (fax)
E-mail:  michael@lozeaudrury.com
         richard@lozeaudrury.com
         doug@lozeaudrury.com

Attorneys for Plaintiffs
CALIFORNIA SPORTFISHING PROTECTION
ALLIANCE and PETALUMA RIVER COUNCIL

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation, and PETALUMA RIVER COUNCIL, an unincorporated association,<br><br>              Plaintiffs,<br><br>       vs.<br><br>M&M SERVICES, INC., a corporation, and SHILOH ROAD LLC, a limited liability company,<br><br>              Defendants. | Case No. C11-02949 TEH<br><br>STIPULATION TO DISMISS PLAINTIFFS' CLAIMS AGAINST M&M SERVICES, INC.; [PROPOSED] ORDER GRANTING DISMISSAL OF CLAIMS AGAINST M&M SERVICES, INC.<br>[FRCP 41(a)(2)]<br><br>Honorable Judge Thelton E. Henderson |

    WHEREAS, on or about September 30, 2010, Plaintiffs California Sportfishing Protection Alliance ("CSPA") and Petaluma River Council provided Defendant M&M Services, Inc. ("M&M") with a Notice of Violation and Intent to File Suit ("60-Day Notice Letter") under Section 505 of the Federal Water Pollution Control Act (the "Act" or "Clean Water Act"), 33 U.S.C. § 1365;

    WHEREAS, on or about May 6, 2011, CSPA and Petaluma River Council provided an additional 60-Day Notice Letter under Section 505 of the Act to Shiloh Road LLC;

1     WHEREAS, on June 15, 2011, CSPA and Petaluma River Council filed their Complaint in this action. Said Complaint incorporates by reference all of the allegations contained in CSPA's Notice.

    WHEREAS, on December 6, 2011, CSPA and Petaluma River Council filed their First Amended Complaint adding Shiloh Road LLC as a defendant.

    WHEREAS, CSPA, Petaluma River Council, and M&M, through their authorized representatives and without either adjudication of Plaintiffs' claims or admission by Defendant M&M of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement Plaintiffs' allegations against Defendant M&M as set forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of further litigation. A copy of the Settlement Agreement and Mutual Release of Claims ("Settlement Agreement") entered into by and between CSPA, Petaluma River Council, and M&M is attached hereto as Exhibit 1 and incorporated by reference.

    WHEREAS, the parties submitted the Settlement Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review period set forth at 40 C.F.R. § 135.5 has completed and the federal agencies have submitted correspondence to the Court indicating that they have no objection to the terms of the Settlement Agreement.

    WHEREAS, upon the Court's entry of this proposed stipulated dismissal of the claims against Defendant M&M, pursuant to Paragraph 3 of the Settlement Agreement, Plaintiffs have agreed to file a subsequent stipulated dismissal of the claims against Shiloh Road LLC pursuant to Federal Rule of Civil Procedure 41(a)(1), resolving the case in full.

    NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between CSPA, Petaluma River Council, and M&M that Plaintiffs' claims against M&M, as set forth in the Notice and Complaint, be dismissed by the Court. CSPA, Petaluma River Counsel and M&M respectfully request an order from this Court dismissing such claims against Defendant M&M pursuant to Federal Rule of Civil Procedure 41(a)(2). In accordance with paragraph 2 of the Settlement Agreement, the parties also request that this Court maintain jurisdiction over CSPA, Petaluma River

Counsel and M&M and this action through December 18, 2015, for the sole purpose of resolving any disputes between the parties with respect to enforcement of any provision of the Settlement Agreement.

Dated:  September 6, 2012          Respectfully submitted,

        /s/ *Michael R. Lozeau*
        Michael R. Lozeau
        *Attorney for Plaintiffs* CALIFORNIA SPORTFISHING PROTECTION ALLIANCE and PETALUMA RIVER COUNCIL

        /s/ *Hans W. Herb*
        (as authorized on 9/6/12)
        *Attorney for Defendant* M&M SERVICES, INC.

**[~~PROPOSED~~] ORDER**

Good cause appearing, and the parties having stipulated and agreed,

    IT IS HEREBY ORDERED that Plaintiffs California Sportfishing Protection Alliance's and Petaluma River Council's claims against Defendant M&M Services, Inc., as set forth in the Notice and Complaint filed in Case No. C11-10364, are hereby dismissed pursuant to Federal Rule of Civil Procedure 41(a)(2).

    IT IS FURTHER ORDERED that the Court shall retain jurisdiction over California Sportfishing Protection Alliance, Petaluma River Council, and M&M Services, Inc. through December 18, 2015 for the sole purpose of enforcing compliance by California Sportfishing Protection Alliance, Petaluma River Council, and M&M Services, Inc. with the terms of the Settlement Agreement, attached to the Stipulation to Dismiss as Exhibit 1, which Settlement Agreement is hereby incorporated by reference.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  09/10 , 2012

_____
Thelton E. Henderson, Court Judge
*Judge Thelton E. Henderson*