Michael R. Lozeau (State Bar No. 142893)
Richard T. Drury (State Bar No. 163559)
Douglas J. Chermak (State Bar No. 233382)
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel:  (510) 836-4200
Fax: (510) 836-4205 (fax)
E-mail:  michael@lozeaudrury.com
         richard@lozeaudrury.com
         doug@lozeaudrury.com

Attorneys for Plaintiffs
CALIFORNIA SPORTFISHING PROTECTION
ALLIANCE and PETALUMA RIVER COUNCIL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation, and PETALUMA RIVER COUNCIL, an unincorporated association,<br><br>Plaintiffs,<br><br>vs.<br><br>M&M SERVICES, INC., a corporation, and SHILOH ROAD LLC, a limited liability company,<br><br>Defendants. | Case No. C11-02949 TEH<br><br>PLAINTIFFS' VOLUNTARY DISMISSAL OF SHILOH ROAD LLC<br>[FRCP 41(a)(1)]<br><br>Honorable Judge Thelton E. Henderson |

Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, Plaintiffs California Sportfishing Protection Alliance and Petaluma River Council hereby dismiss all claims made in Case No. C11-02949 TEH, with prejudice, against named defendant Shiloh Road LLC.

Dated:  September 13, 2012              Respectfully submitted,

[STAMP: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — 09/14/2012 — IT IS SO ORDERED — Judge Thelton E. Henderson]

/s/ *Michael R. Lozeau*
Michael R. Lozeau
*Attorney for Plaintiffs* CALIFORNIA
SPORTFISHING PROTECTION ALLIANCE and
PETALUMA RIVER COUNCIL